IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTANY M. THOMPSON, )<br>JENNIFER R. HIGHT, )<br>KATHERINE M. BELLOWS, )<br>and DANIELLE L. MCELROY, )<br>individually and on behalf of all )<br>others similarly situated who )<br>consent to their inclusion in a )<br>collective action, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>1715 NORTHSIDE DRIVE, INC. )<br>d/b/a Club Babes, a corporation; )<br>and C.B. JONES and KAREN )<br>KIRK, individuals, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.<br>1:14-CV-00390-RWS<br><br>**Jury Trial Demanded** |

## CONSENT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT 1715 NORTHSIDE DRIVE, INC. TO AMEND ITS ANSWER TO PLAINTIFFS' COMPLAINT

Pursuant to Federal Rule of Civil Procedure 7 and Northern District of Georgia Local Rule 7.1, Defendant 1715 Northside Drive, Inc. d/b/a Club Babes[1] respectfully moves this Court for an order extending the deadline for Defendant

---

[1] The d/b/a/ is improperly named. Defendant 1715 Northside Drive, Inc. does business as Diamond Club.

1715 Northside Drive, Inc. to amend its Answer to Plaintiffs' Complaint. (Docket Entry Nos. 1 and 13.)

1. On February 10, 2014, Plaintiffs filed their Complaint. On March 14, 2014, Defendant 1715 Northside Drive, Inc. filed its Answer to Plaintiffs' Complaint. The deadline for Defendant 1715 Northside Drive, Inc. to amend its Answer as a matter of course is April 4, 2014.

2. On March 28, 2014, counsel for Defendant 1715 Northside Drive, Inc. conferred with counsel for Plaintiffs Brittany M. Thompson, Jennifer R. Hight, Katherine M. Bellows, and Danielle L. McElroy ("Plaintiffs"), who agreed to the relief requested herein.

3. On March 28, 2014, counsel for Defendant 1715 Northside Drive, Inc. conferred with counsel for Defendants C.B. Jones and Karen Kirk, who agreed to the relief requested herein.

4. Defendant 1715 Northside Drive, Inc. is in the process of concluding discussions with counsel for both Plaintiffs and Defendants C.B. Jones and Karen Kirk that may obviate the need for Defendant 1715 Northside Drive, Inc. to amend its Answer.

5. The parties state that this request is not for the purpose of delay or prejudice, but instead is for the purpose of potentially simplifying and streamlining the litigation of this lawsuit.

The parties respectfully request that the Court extend the deadline for Defendant 1715 Northside Drive, Inc. to amend its Answer to Plaintiffs' Complaint by two weeks, from April 4, 2014, to and including April 18, 2014.

Dated:  March 28, 2014

By:
*/s/ W. Anthony Collins, Jr.* *(with express permission)*
W. Anthony Collins, Jr.
Georgia Bar No. 141712
wicollin@hotmail.com
SMITH COLLINS, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
Tel: (770) 378-1408

Counsel for Plaintiffs

*/s/ Dean R. Fuchs* *(with express permission)*
Dean R. Fuchs
Georgia Bar No. 279170
drf@swtlaw.com
W. Scott Schulten
Georgia Bar No. 630272
wss@swtlaw.com
Susan K. Murphey
skm@swtlaw.com
Georgia Bar No. 408498
SCHULTEN WARD & TURNER, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303
Tel: (404) 688-6800

Counsel for Defendants C.B. Jones and Karen Kirk

*/s/ Eric Magnus*
Eric R. Magnus
Georgia Bar No. 801405
magnuse@jacksonlewis.com
Erin J. Krinsky
Georgia Bar No. 862274
erin.krinsky@jacksonlewis.com
JACKSON LEWIS P.C.
1155 Peachtree Street, NE
Suite 1000
Atlanta, Georgia 30309
Tel: (404) 525-8200
Fax: (404) 525-1173

Counsel for Defendant 1715 Northside Drive, Inc.

**CERTIFICATION**

In accordance with LR 5.1C, NDGa, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Eric Magnus*
Eric Magnus

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BRITTANY M. THOMPSON,** ) <br> **JENNIFER R. HIGHT,** ) <br> **KATHERINE M. BELLOWS,** ) <br> **and DANIELLE L. MCELROY,** ) <br> individually and on behalf of all ) <br> others similarly situated who ) <br> consent to their inclusion in a ) <br> collective action, ) <br>  ) <br>  Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> **1715 NORTHSIDE DRIVE, INC.** ) <br> **d/b/a Club Babes, a corporation;** ) <br> **and C.B. JONES and KAREN** ) <br> **KIRK, individuals,** ) <br>  ) <br>  Defendants. ) <br> _____) | **CIVIL ACTION NO.** <br> **1:14-CV-00390-RWS** <br><br> **Jury Trial Demanded** |

## ORDER ON CONSENT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT 1715 NORTHSIDE DRIVE, INC. TO AMEND ITS ANSWER PLAINTIFFS' COMPLAINT

This matter comes before the Court on Defendant 1715 Northside Drive, Inc.'s Unopposed Motion to Extend the Deadline for Defendant 1715 Northside Drive, Inc. to Amend Its Answer to Plaintiffs' Complaint. For good cause shown, the Court **GRANTS** the Defendant's Unopposed Motion. Defendant 1715 Northside Drive, Inc.'s deadline to amend its Answer to Plaintiffs' Complaint is

6

hereby **Extended** to and including April 18, 2014.

  **SO ORDERED**, this \_\_\_\_ day of _____, 2014.

               _____
               THE HONORABLE RICHARD W. STORY
               UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BRITTANY M. THOMPSON,** ) | |
| **JENNIFER R. HIGHT,** ) | |
| **KATHERINE M. BELLOWS,** ) | |
| **and DANIELLE L. MCELROY,** ) | **CIVIL ACTION NO.** |
| individually and on behalf of all ) | **1:14-CV-00390-RWS** |
| others similarly situated who ) | |
| consent to their inclusion in a ) | |
| collective action, ) | |
| ) | **Jury Trial Demanded** |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **1715 NORTHSIDE DRIVE, INC.** ) | |
| **d/b/a Club Babes, a corporation;** ) | |
| **and C.B. JONES and KAREN** ) | |
| **KIRK, individuals,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that on March 28, 2014, I electronically filed the foregoing **CONSENT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT 1715 NORTHSIDE DRIVE, INC. TO AMEND ITS ANSWER TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

8

W. Anthony Collins, Jr.
SMITH COLLINS, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA  30350

Herbert P. Schlanger
LAW OFFICES OF HERBERT P. SCHLANGER
230 Peachtree Street, N.W.
Suite 1890
Atlanta, GA 30303

Dean R. Fuchs
W. Scott Schulten
Susan K. Murphey
SCHULTEN WARD & TURNER, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303


*/s/ Eric Magnus*
Eric R. Magnus