**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BRITTANY M. THOMPSON, *et al.* : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> 1715 NORTHSIDE DRIVE, INC., : <br> d/b/a DIAMOND CLUB, *et al.* : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 1:14-CV-0390-RWS |

**TEMPORARY RESTRAINING ORDER**

It is hereby **ORDERED** that Defendants are prohibited from engaging in any conduct involving retaliation or intended to discourage participation in this case by any person who is a prospective member of the class seeking damages pursuant to the Fair Labor Standards Act. Defendants are **ORDERED** to immediately post this Order in the dressing room of the Diamond Club as notice to all persons that retaliation and coercion are punishable by contempt.

**SO ORDERED**, this  12th  day of August, 2014.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)