IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BRITTANY M. THOMPSON et al.,** | |
|     **Plaintiffs,** | |
|     **v.** | Civil Action No. 1:14-cv-00390-RWS |
| **1715 NORTHSIDE DRIVE, INC. et al.,** | |
|     **Defendants.** | |

## NOTICE OF SETTLEMENT

Come now all Plaintiffs and opt-in Plaintiffs, and Defendant CB Jones, and hereby give notice that said parties have conducted a voluntary mediation, and reached a settlement of all claims regarding defendant Jones in this action. The parties intend to file a motion to approve the settlement agreement within five days.

Accordingly, the parties respectfully request that the Court defer a ruling on the pending motion for summary judgment filed by defendant Jones.

Respectfully submitted, this 24th day of April, 2015.

*(Signatures to Follow)*

SMITH, COLLINS & FLETCHER, P.A.


8565 Dunwoody Place

Building 15 Suite B

Atlanta, GA 30350

Phone: (678) 245-6785

Fax: (888) 413-3031

*Anthony@SCandF.com*

/s/ W. Anthony Collins, Jr.

W. Anthony Collins, Jr.

Georgia Bar No. 141712


*Attorney for Plaintiffs and*

*Opt-in Plaintiffs*


LAW OFFICES OF HERBERT P. SCHLANGER


230 Peachtree Street, N.W.

Suite 1890

Atlanta, GA 30303

Phone: (404) 808-6659

Fax: (404) 745-0523

/s/Herbert P. Schlanger

Herbert P. Schlanger

Georgia Bar No. 629330


*Attorney for Defendant C.B. Jones*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**BRITTANY M. THOMPSON et al.,**

     **Plaintiffs,**

     **v.**

**1715 NORTHSIDE DRIVE, INC. et al.,**

     **Defendants.**

Civil Action No. 1:14-cv-00390-RWS

## L.R. 7.1 CERTIFICATION & CERTIFICATE OF SERVICE

I hereby certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1 or, if type written, that the brief does not contain more than 10 characters per inch of type. This document was prepared in Times New Roman 14 point font.

I further I hereby certify that on the date signed below, I electronically filed **Plaintiffs' Notice of Settlement** through the Court's electronic filing system, thereby ensuring delivery to the following counsel of record:

Herbert P. Schlanger
herb@schlanger.com

Eric R. Magnus
magnuse@jacksonlewis.com

Andrei Ciobanu
andreicio@yahoo.com

DeWayne N. Martin
dmartin@martin-firm.com

Dated: April 24, 2015
SMITH, COLLINS & FLETCHER, P.A.


8565 Dunwoody Place                    /s/ W. Anthony Collins, Jr.
Building 15 Suite B                    W. Anthony Collins, Jr.
Atlanta, GA 30350                      Georgia Bar No. 141712
Phone: (678) 245-6785
Fax: (888) 413-3031                    *Attorney for Plaintiffs and*
*Anthony@SCandF.com*                   *Opt-in Plaintiffs*