| Date | Signature |
|---|---|
| | _[signature]_ |
| | CHEYANNE ROJAS |
| 4-23-2015 | _[signature]_ |
| Date | ANGIE TATUM |
| 4-22-2015 | _Amy C Glover_ |
| DATE | ~~LATHA TOLIFERRO~~ Amy Glover |
| 4-19-2015 | _Christi Williams_ |
| DATE | CHRISTIE WILLIAMS |
| 4-24-2015 | _Kelly Witt_ |
| Date | KELLY WITTENMEYER |
| 5/14/2015 | _C B Jones_ |
| Date | C.B. JONES |

REVIEWED AND APPROVED AS TO FORM BY COUNSEL:

_[signature]_ W. Anthony Collins, Jr. _James R Hachett_  
Counsel for Plaintiffs

_[signature]_ Herbert P. Schlanger  
Counsel for Defendant

Date: May 6 2015

Date: 5/13/2015

WSACTIVELLP:6913636.1