IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRITTANY THOMPSON, et al.,                :
                                          :
    Plaintiffs,                           :
                                          :
    v.                                    :       CIVIL ACTION NO.
                                          :       1:14-CV-0390-RWS
1715 NORTHSIDE DRIVE, INC.,               :
et al.,                                   :
                                          :
    Defendant.                            :

# **ORDER**

This matter is before the Court in this FLSA action upon the parties' Joint Motion to Approve Settlement [Doc. No. 106]. Having reviewed the proposed settlement agreement:

1. The parties' Joint Motion to Approve Settlement [Doc. No. 106] is GRANTED.

2. The parties' proposed settlement agreement is approved, and the claims of Plaintiffs against Defendant C.B. Jones are DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs except as otherwise stipulated between the parties pursuant to the settlement agreement.

3. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

4. Defendant C.B. Jones's Motion for Summary Judgment [Doc. No. 93] is DISMISSED as MOOT.

5. The Court notes that Plaintiffs' claims against Defendant 1715 Northside Drive, Inc., are still pending, and this action will remain open at this time.

**SO ORDERED**, this 19th day of May, 2015.

_____
**RICHARD W. STORY**
United States District Judge