# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-00390-RWS
## Thompson et al v. 1725 Northside Drive, Inc. et al
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 01/28/2016.

TIME COURT COMMENCED: 9:52 A.M.
TIME COURT CONCLUDED: 4:05 P.M.
TIME IN COURT: 6:14
OFFICE LOCATION: Atlanta
DEPUTY CLERK: B. Graves

| | |
|---|---|
| ATTORNEY(S) PRESENT: | W. Collins representing Brittany M. Thompson <br> W. Collins representing Danielle L. McElroy <br> W. Collins representing Jennifer R. Hight <br> W. Collins representing Katherine M. Bellows <br> Kenneth Newby representing 1715 Northside Drive, Inc. |
| OTHER(S) PRESENT: | Jeff Fletcher for Plaintiffs <br> Carmen Popovich for Defendant |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Settlement not reached. |