IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTANY THOMPSON, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.<br>: 1:14-CV-0390-RWS |
| 1715 NORTHSIDE DRIVE, INC., et al., | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Reconsideration [Doc. No. 123], which is GRANTED. The Court's prior order dismissing this action [Doc. No. 121] is VACATED, and the case is reopened. The parties are ORDERED to file their proposed consolidated pretrial order or their settlement agreement for approval within fourteen days.

**SO ORDERED**, this 20th day of September, 2016.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)