IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ONE WEEK CRIMINAL AND CIVIL CALENDAR COMMENCING THE WEEK OF MONDAY, FEBRUARY 13, 2017 AT  9:30 A.M. IN COURTROOM 2105, U. S. COURTHOUSE, 75 TED TURNER DRIVE, SW, ATLANTA, GEORGIA, HONORABLE RICHARD W. STORY, PRESIDING.

➜ *THE CASES NOT REACHED ON THE JANUARY 30, 2017 CALENDAR ARE CONTINUED TO THIS CALENDAR.*

**DO NOT APPEAR UNLESS YOU ARE NOTIFIED BY THE COURT AND THE CASES BELOW MAY BE TAKEN OUT OF THE ORDER LISTED.**

| ATTORNEYS CASE NUMBER | STYLE OF CASE | NATURE OF OFFENSE |
|---|---|---|
| Phyllis Clerk  1:16-CR-263-RWS  Byron Owens Steven Berne Bruce Harvey | USA  V.  DARIUS ROBBINS WALTER JACKSON VICTOR MANUEL AISPURO-LLANES | Importing/Manufacturing Firearms |
| Steve L. Thomas (Pro Se)  1:13-CV-3430-RWS  Tracey Barbaree | STEVE L. THOMAS  V.  HOME DEPOT, INC. | Job Discrimination (Race) |
| Anthony Collins  1:14-CV-0390-RWS  Kenneth Newby | BRITTANY M. THOMPSON, ET AL V.  1715 NORTHSIDE DRIVE, INC. | FLSA |
| James Loren  1:15-CV-856-RWS  Matthew Moffett | DONNA ROWELL  V.  THE KROGER CO. | Personal Injury |
| Jonathan Schwartz  1:14-CV-1321-RWS  Christine Stadler | KANA AND RICHARD CAPLAN V.  MARTIN WEIS EAGLES LAKE, INC. | Lead - Based Paint Poisoning Prevention Act |

Dated: January 13, 2017

s/Rick Goss
**Courtroom Deputy Clerk  (404) 215-1349**

In the United States District Court

For the Northern District of Georgia

Atlanta Division

## CLERK'S CERTIFICATE OF MAILING

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia, at Atlanta, Georgia, hereby certify:

1. That pursuant to instructions for the United States District Judges and in the performance of my duties as Clerk, there was mailed to each of the defendant(s) named on the attached Criminal Notice filed herein, or as otherwise appearing in the files in such cause except where the address is unknown, a Notice of Criminal Trial for February 13, 2017, a true copy of which is attached hereto;

2. That the attached Notice was also mailed or electronically transmitted to each defendant's counsel and to each defendant's surety;

3. That such Notice was enclosed and sealed in envelopes bearing the lawful frank of the United States District Court or contained the official Notice of Electronic Filing.

4. That said envelopes were delivered to and deposited in the regular mails of the United States Postal Service in the City of Atlanta in said District on the 13th day of January, 2017.

JAMES N. HATTEN, CLERK

BY: s/Rick Goss
Courtroom Deputy Clerk