UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTANY THOMPSON, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>1715 NORTHSIDE DRIVE, INC.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO.  1:14-CV-0390-RWS |

## J U D G M E N T

This action having come before the court, Richard W. Story, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted same, it is

**Ordered and Adjudged** that the action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41 (b).

Dated at Atlanta, Georgia this 3rd of March, 2017.

                                            JAMES N. HATTEN
                                            DISTRICT COURT EXECUTIVE
                                            and CLERK OF COURT


                              By:  s/*Barbara D. Boyle*
                                         Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   March 3, 2017
James N. Hatten
Clerk of Court

By: B. D. Boyle
      Deputy Clerk